UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
LEONARD MORSE,                                                    JUDGMENT

                                                                                    07-CV- 4793 (CBA)

                Plaintiff,

     -against-

JOHN FUSTO and JOSE CASTILLO,

                Defendants.
--------------------------------------------------X

        An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 13, 2013, granting Plaintiff's application to accept the Court's remittur pursuant to the Court's Order dated August 29, 2013; and directing the Clerk of Court to enter judgment in the remitted amounts of $4,624,936.00 for compensatory damages and $100,000.00 for punitive damages ($75,000.00 against Defendant John Fusto and $25,000.00 against Defendant Jose Castillo); it is

        ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Leonard Morse and against Defendants John Fusto and Jose Castillo, jointly and severally, in the remittur amount of $4,624,936.00 for compensatory damages plus as against Defendant John Fusto for punitive damages in the amount of $75,000.00 and as against Defendant Jose Castillo for punitive damages in the amount of $25,000.00.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       September 16, 2013                                             Clerk of Court

                                                                       by:     */s/ Janet Hamilton*
                                                                                 Deputy Clerk